# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., | Case No.: LA CV16-01252 JAK (KSx) |
| Plaintiff, | **JUDGMENT** |
| vs. | **JS-6** |
| U.S. TOPS, INC., *et al*. | |
| Defendants | |

Judgment is entered against ACE FASHION, LLC, a California Limited Liability Company, and in favor of UNITED FABRICS INTERNATIONAL, INC., as follows: $30,000 in statutory damages, $3500 in attorney's fees and $466.66 in costs.

IT IS SO ORDERED

DATE: August 22, 2016

**HON. JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**